CR414-419

2/3/20 - File as letter, send to probation and copy to def. atty.

January 21, 2020

I, Marlon T. Dobbins refuse the legal representation and/or counsel of attorney Andrew Johnson. Mr. Johnson has been very unprofessional and has expressed no concern for my best interest involving my legal matters. Listed below are just a few examples of the complaints:

- In 2015 when Mr. Johnson was appointed as my legal counsel he stated over a phone conversation about taking a plea that he could care less if I took the plea or not because he could walk in the bank all day any day because either way he was getting paid.

- On December 30th, 2019 Mr. Johnson walked into the holding cellblocks and openly started discussing my case infront of other prisoners versus seeking a private conversation in which an attorney and client are permitted.

- On January 10th, 2020, Mr. Johnson drove over an hour to Emanuel County Jail to speak with me about my case or so it seemed. Mr. Johnson had no interest in discussing the facts of revocation and after approximately 4-5 minutes jumped up to leave only getting my wife's, attorney, and probation officer's name.

- Mr. Johnson never gave me his card with his contact info. He never even offered to provide me his number of contact in case I have some questions and/or concerns. As of right now I have no way to get in touch with Mr. Johnson and I feel as if he doesn't care to be contacted by me at all no matter the reasons.

Marlon Dobbins

Marlon Dobbins

66090-019

Marlon Dobbins
Emanuel County Jail
P.O. Box 703
Swainsboro, GA 30401

MAIL FROM
EMANUEL CO. JAIL

Attention: Honorable Judge W. T. Moore
Clerks Office
125 Bull Street
Savannah, GA 31401

31401-376283